IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D
FEB -3 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| VICKY FAYE PARRISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:13cv46-JRS |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on January 8, 2014 (ECF No. 19). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation (ECF No. 19) is ADOPTED as the opinion of this Court.

(2) Defendant's Motion for Summary Judgment (ECF No. 14) is DENIED.

(3) Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED.

(4) The final decision of the Commissioner is VACATED and REMANDED to the ALJ to reweigh the evidence to determine whether Plaintiff was disabled for Disability Insurance Benefits purposes, as explained in the R&R.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

/s/
James R. Spencer
United States District Judge

Richmond, Virginia
Date: 2/3/14